**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Douglas L. Ropel, SBN 300486
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

Matthew F. Bahr, SBN 173929
LAW OFFICES OF MATTHEW F. BAHR
P.O. Box 6848
Visalia, CA 93290

Attorneys for Plaintiff
ERICA FIGUEROA

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FIGUEROA, an individual, | CASE NO. 1:14-cv-00496-LJO-GSA |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY SCHEDULING CONFERENCE ORDER; ORDER THEREON** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | FAC Filed:  May 5, 2014 |
| | Complaint Filed:  April 8, 2014 |

The parties, by and through their counsel of record, jointly request that the Court modify the Scheduling Conference Order entered on October 6, 2014 (Docket #11) as follows:

a. Move the discovery deadlines for expert disclosure from May 29, 2015 to July 10, 2015; non-expert discovery cut-off from August 28, 2015 to September 28, 2015; and the expert discovery cut-off from August 28, 2015 to October 16, 2015.

b. Move the motion filing deadline for non-dispositive motions from September 11, 2015

{01361370.DOCX}  1
**STIPULATION TO MODIFY (PRE-TRIAL) SCHEDULING CONFERENCE ORDER; ORDER**

to October 30, 2015.  The deadline for filing dispositive motions will remain the same.

These requested changes do not affect the trial date or any other deadlines. The parties jointly seek these changes for the reasons set forth in this stipulated request.

**SETTLEMENT CONFERENCE ACTIVITIES**

1. This action was filed on April 8. 2014. The Court initially set a scheduling conference for July 10, 2014. (Docket # 3)  That date was later changed to September 15, 2014. (Docket # 6)  The Court issued its Scheduling Conference Order on October 6, 2014, which included a directive that the parties contact the court if they believed a settlement conference would be beneficial. (Docket # 11) The parties asked that an early settlement conference be held.

2. Pursuant to the parties' request, an order setting a settlement conference was issued on November 12, 2014.  (Docket # 12)  The Court conducted a settlement conference session on January 20, 2015.   Although no settlement was reached on that date, with the Court's encouragement the parties agreed to continue settlement discussions.  A further settlement conference is set for March 5, 2015.

3. Both parties timely made their initial disclosures, as required by Rule 26.  The depositions of Plaintiff and a key defense witness were taken before the January settlement conference.  Both parties agree there are several more depositions that need to be taken and records that need to be obtained from third parties via subpoenas.  Both parties anticipate retaining expert witnesses. Due to the considerable expenses that accompany these actions, carrying them out concurrently with settlement negotiations may impede the latter process, rather than enhance the possibility of a resolution.  Accordingly, the parties request that the Scheduling Conference Order be slightly modified to allow them to put all resources toward getting the case settled, yet still have adequate time to complete expert and non-expert discovery if no resolution is reach.

**CONCLUSION**

4. In light of the ongoing settlement activities, the parties jointly request the following modification to the Scheduling Conference Order:

(a) Expert Disclosure: July 10, 2015

(b) Non-expert Discovery Cut-off: September 28, 2015

(c) Expert Discovery Cut-off: October 16, 2015

(d) Non-dispositive Motion Filing Deadline: October 30, 2015

Dated: February 23, 2015          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By /s/ Nancy J. Sheehan
                                     Nancy J. Sheehan
                                     Douglas L. Ropel
                                     Attorneys for Defendant

Dated: February 23, 2015          LAW OFFICES OF MATTHEW F. BAHR


                                  By /s/ Matthew F. Bahr as approved on 02/19/15
                                     Matthew F. Bahr
                                     Attorneys for Plaintiff

**ORDER**

The Court adopts the parties' stipulation set forth above. Accordingly, the Scheduling Order entered on October 26, 2014 (Doc. 11), is modified as follows: expert disclosure deadline extended to July 10, 2015; non-expert discovery cut-off extended to September 25, 2015; and expert discovery cut-off extended to October 16, 2015. In addition, the non-dispositive motion filing deadline shall be October 30, 2015. Other dates and deadlines specified in the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **February 23, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

{01361370.DOCX}                         3
**STIPULATION TO MODIFY (PRE-TRIAL) SCHEDULING CONFERENCE ORDER; ORDER**