**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Douglas L. Ropel, SBN 300486
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

Matthew F. Bahr, SBN 173929
LAW OFFICES OF MATTHEW F. BAHR
P.O. Box 6848
Visalia, CA 93290

Attorneys for Plaintiff
ERICA FIGUEROA

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FIGUEROA, an individual, | CASE NO. 1:14-cv-00496-LJO-GSA |
| Plaintiff, | **SECOND STIPULATED REQUEST AND ORDER TO MODIFY (PRE-TRIAL) SCHEDULING CONFERENCE ORDER** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | FAC Filed: May 5, 2014 |
| _____/ | Complaint Filed: April 8, 2014 |

The parties, by and through their counsel of record, jointly request that the Court modify the Scheduling Conference Order entered on February 24, 2015 (Docket #19) as follows: Move the deadline to disclose rebuttal/supplemental expert witness information from June 26, 2015 to August 14, 2015.

{01370109.DOCX}                                                                 1
**SECOND STIPULATION AND ORDER TO MODIFY (PRE-TRIAL) SCHEDULING CONFERENCE ORDER**

The parties previously filed a Stipulation to Modify the (Pre-trial) Scheduling Conference Order. However, the parties inadvertently omitted the deadline to disclose rebuttal/supplemental expert witness information from that stipulation. Because of that omission, the deadline to disclose rebuttal/supplemental expert witness information precedes the initial deadline for expert disclosure.

## CONCLUSION

The parties jointly request the following modification to the Scheduling Conference Order:

(a) Rebuttal/Supplemental Expert Disclosure: August 14, 2015.

Dated: March 2, 2015               PORTER SCOTT
                                   A PROFESSIONAL CORPORATION


                                   By /s/ Nancy J. Sheehan
                                       Nancy J. Sheehan
                                       Douglas L. Ropel
                                       Attorneys for Defendant

Dated: March 2, 2015               LAW OFFICES OF MATTHEW F. BAHR


                                   By /s/ Matthew F. Bahr as approved on 02/27/2015
                                       Matthew F. Bahr
                                       Attorneys for Plaintiff

## ORDER

Based on the foregoing stipulation of the parties, the rebuttal/supplemental expert disclosure deadline shall be extended from June 26, 2015 to August 14, 2015.

IT IS SO ORDERED.

   Dated:   **March 2, 2015**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

{01370109.DOCX}                              2
**SECOND STIPULATION AND ORDER TO MODIFY (PRE-TRIAL) SCHEDULING CONFERENCE ORDER**