**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Douglas L. Ropel, SBN 300486
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

*Exempt from Filing Fees Pursuant to Government Code § 6103*

Matthew F. Bahr, SBN 173929
LAW OFFICES OF MATTHEW F. BAHR
P.O. Box 6848
Visalia, CA 93290
Attorneys for Plaintiff
ERICA FIGUEROA

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FIGUEROA, an individual, | CASE NO. 1:14-cv-00496-LJO-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | FAC Filed: May 5, 2014 |
| | Complaint Filed: April 8, 2014 |

IT IS HEREBY STIPULATED, by and between Plaintiff ERICA FIGUEROA and Defendant the REGENTS OF THE UNIVERSITY OF CALIFORNIA, by and through their respective counsel of record, that this action, in its entirety, be dismissed with prejudice, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

///
///

{01413907.DOCX}                    1

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

Each party shall bear its own costs and attorneys' fees and waives any entitlement to fees or costs pursuant to 42 U.S.C. § 12101 *et seq.*, 29 U.S.C. § 2601 *et seq.*, and California Government Code § 12965(b)

IT IS SO STIPULATED:

Dated: May 27, 2015         PORTER SCOTT
                            A PROFESSIONAL CORPORATION

                            By /s/ Nancy J. Sheehan
                               Nancy J. Sheehan
                               Douglas L. Ropel
                               Attorneys for Defendant

Dated: May 27, 2015         LAW OFFICES OF MATTHEW F. BAHR

                            By /s/ Matthew F. Bahr *as approved on 05/26/15*
                               Matthew F. Bahr
                               Attorneys for Plaintiff

**SO ORDERED**
**Dated: May 27, 2015**

                            **/s/ Lawrence J. O'Neill**
                            **United States District Judge**

{01413907.DOCX}                    2

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**